**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Tanya Winters, | No. CV-24-00876-PHX-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| Unknown Party, | |
| Defendant. | |

Pending before the Court is *pro se* Plaintiff Tanya Winters's ("Plaintiff") Motion to Reopen Case (Doc. 10).

Plaintiff filed her original Complaint on April 17, 2024, but did not pay the requisite filing fee. (Doc. 1). Accordingly, the Court gave the Plaintiff thirty days from April 18, 2024, to either pay the filing fee or file an Application to Proceed in Forma Pauperis. (Doc. 4). When Plaintiff failed to comply with this Court's Order in a timely manner, the Court dismissed the case without prejudice on June 5, 2024. (Doc. 9).

In her Motion to Reopen Case, Plaintiff states that she was "arrested and put in jail and therefor [sic] did not have the ability to respond to this Court in the time needed." (Doc. 10 at 2). She asks the Court to allow her "to be present telephonically if needed and allow this case to continue with the already submitted application to proceed mailed form this jail. . . dated May 22, 2024. . ." (*Id.*) Plaintiff has provided a good reason for not responding to the Court's Order that she timely file an Application to Proceed in Forma Pauperis and the Court will grant her request to reopen this case. (Doc. 10). The

Court will also direct the Clerk to reinstate Plaintiff's previously-filed Application to Proceed in Forma Pauperis. The Court will deny the Plaintiff's request to appear telephonically at any proceeding in this matter. She can renew that request at the appropriate time if need be.

**IT IS ORDERED** that Plaintiff's Motion to Reopen Case (Doc. 10) is **GRANTED** as stated herein. The Clerk of Court is kindly directed to **reopen** this matter and **reinstate** Plaintiff's Application to Proceed in Forma Pauperis (Doc. 7) as a pending motion. A decision on Plaintiff's Application to Proceed in Forma Pauperis will issue by separate Order.

Dated this 4th day of November, 2024.

_____
Honorable Diane J. Humetewa
United States District Judge